| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Nevins, Ann M. | 2. Court or Organization<br><br>United States Bankruptcy Court District of Connecticut | 3. Date of Report<br><br>8/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>157 Church Street, 18th Floor<br>New Haven, Connecticut 06510 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Shipman & Goodwin, LLP -- Income from Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Northwestern Mutual Account - General Money Market Fund Class B - GMMB | A | Interest | J | T | | | | | |
| 2. People's United Bank Account | B | Interest | M | T | | | | | |
| 3. Synchrony Bank Account | A | Interest | L | T | Open | 07/10/18 | L | | |
| 4. CHET ADVISOR 529 Account | A | Interest | L | T | Open | 10/31/18 | L | | |
| 5. Northwestern Mutual Annuity (H) | | | | | | | | | |
| 6. - Index 500 Stock (MSA) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 7. | | | | | Sold (part) | 12/17/18 | J | A | |
| 8. - Index 600 Stock (MSA) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 9. | | | | | Sold (part) | 12/17/18 | J | A | |
| 10. - Index 400 Stock (MSA) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 11. | | | | | Sold (part) | 12/17/18 | J | A | |
| 12. - Intntl Equity MSA/Franklin Templeton | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 13. | | | | | Sold (part) | 12/17/18 | J | A | |
| 14. - Emerging Markets Equity (MSA/Aberdeen) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 15. | | | | | Sold (part) | 12/17/18 | J | A | |
| 16. -High Yeild Bond (MSA/Federated Invest.Mgm) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 17. | | | | | Sold (part) | 12/17/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Select Bond (MSA/Wells Capital Mgmt Inc) | A | Distribution | J | T | Sold (part) | 07/16/18 | J | A | |
| 19. | | | | | Sold (part) | 12/17/18 | J | A | |
| 20. -- Strategic Bond (RIF)(formerly Russell Core Bond) | A | Distribution | J | T | Sold (part) | 12/17/18 | J | A | |
| 21. - Global Real Est Sec's (RIF)(formerly Russell Glbl Real Est Sec's) | A | Distribution | J | T | Sold (part) | 12/17/18 | J | A | |
| 22. Northwestern Mutual SEP (H) | | | | | | | | | |
| 23. - INVESCO Euqally Weighted S&P 500 Fund Class Y - VADDX | B | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 24. | | | | | Sold (part) | 06/29/18 | J | A | |
| 25. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 26. - The Growth Fund of America Class F-2 GFFFX | D | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 27. | | | | | Sold (part) | 06/29/18 | J | A | |
| 28. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 29. - Vanguard Specialized Portfolio Div App ETF - VIG | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 30. | | | | | Sold (part) | 08/16/18 | J | A | |
| 31. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 32. - ISHARES TR S&P MC 400VL ETF - IJJ | A | Dividend | K | T | Sold (part) | 06/29/18 | J | A | |
| 33. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 34. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ISHARES TR CORE S&P 500 ETF - IVV | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 36. | | | | | Sold (part) | 06/29/18 | J | A | |
| 37. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 38. - ISHARES TR SP SMCP600VL ETF - IJS | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 39. | | | | | Sold (part) | 06/29/18 | J | A | |
| 40. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 41. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 42. - Capital World Growth and Income - F2 - WGIFX | D | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 44. - Vanguard Total Intl Stock Index ADM - VTIAX | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 45. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 46. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 47. - Vanguard Intl Equity Index F FTSE EMR MKT ETF - VWO | B | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 48. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 49. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 50. | | | | | Sold (part) | 12/21/18 | J | A | |
| 51. - Vanguard REIT Index Fund Admiral Shares - VGSLX | C | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/29/18 | J | A | |
| 53. - Capital World Bond Fund-F2 -- BFWFX | A | Dividend | K | T | | | | | |
| 54. - Templeton GLBL BoND Fund Adisor Clas - TGBAX | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 55. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 56. | | | | | Sold (part) | 10/26/18 | J | A | |
| 57. - Vanguard High Yield Corporate Bond Fund - VWEAX | A | Dividend | K | T | Buy (add'l) | 06/29/18 | J | | |
| 58. - Vanguard High Yield Corporate Bond Fund - VWEAX | A | Dividend | K | T | Sold (part) | 10/26/18 | J | A | |
| 59. - Vanguard Interim Term Bond Index Fund Admiral Share - VBILX | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 60. | | | | | Sold (part) | 12/21/18 | J | A | |
| 61. - Vanguard Short-Term Bond Index Fund Adminiral Shares - VBIRX | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 62. | | | | | Sold (part) | 10/26/18 | J | A | |
| 63. | | | | | Sold (part) | 12/21/18 | J | A | |
| 64. - Vanguard Total Bond Market Index Fund Admiral Shares - VBTLX | A | Dividend | L | T | Buy (add'l) | 06/29/18 | J | | |
| 65. | | | | | Sold (part) | 10/26/18 | J | A | |
| 66. | | | | | Sold (part) | 12/21/18 | J | A | |
| 67. - Dreyfus/Standish Global Fixed Income Class 1 - SDGIX | A | Dividend | K | T | Sold (part) | 12/21/18 | J | A | |
| 68. - Northwestern Mutual Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Retirement Account (H) | | | | | | | | | |
| 70. - Dodge & Cox Intl Stock | A | Dividend | L | T | | | | | |
| 71. - Vanguard Extended Mkt Index Inv | A | Dividend | | | Merged (with line 72) | 03/31/18 | L | A | |
| 72. - Vanguard Extended Mkt Index Adm | A | Dividend | L | T | Open | 03/31/18 | L | | |
| 73. - Vanguard Total Bond Mkt Indx Fund Adm | A | Dividend | M | T | Open | 03/31/18 | L | | |
| 74. - Vanguard 500 Index Fund Adm | D | Dividend | | | Merged (with line 75) | 12/31/18 | M | D | |
| 75. - Vanguard Inst Index Fund Inst | D | Dividend | M | T | Open | 12/31/18 | M | | |
| 76. - Vanguard Retirement Savings Trust (Money Mkt Acct) | A | Interest | | | Merged (with line 77) | 03/31/18 | L | A | |
| 77. - Vanguard Retirement Savings Trust III (Money Mkt Acct) | A | Interest | M | T | Open | 03/31/18 | L | | |
| 78. - Vanguard Tot Intl Stock Ix Inv | B | Dividend | | | Merged (with line 79) | 03/31/18 | L | A | |
| 79. - Vanguard Tot Intl Stock Ix Adm | A | Dividend | L | T | Open | 03/31/18 | L | | |
| 80. Old Dyer Investment, LLC | B | Distribution | K | U | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have three explanations to add to this 2018 Report.

(1)  Section VII, Northwestern Mutual SEP (H), Line 67,  Dreyfus/Standish Global Fixed Income Fund.
In preparing this 2018 Report, I realized I omitted to add this Fund to my 2017 Report.  The 2017 Report reflected a sale of one fund but not the disposition of the funds, which was to purchase shares of another fund, the Dreyfus/Standish Global Fixed Income Fund.  So, I have reflected the Dreyfus/Standish Global Fixed Income Fund here and will be happy to file an amended 2017 Report if requested to do so.

(2)  Section II, Line 2 and Section VII, Line 80.
I reported the Old Dyer Investment, LLC in Section II on earlier reports.  I believe it is more accurately reflected in Section VII as an investment, so I have added it to Line 80.  As with the note above, should I be requested to amend the earlier report regarding this investment, I am happy to do so.

(3) Section VII, Lines 18 and 20.
The investment funds listed on Lines 18 and 20 of Section VII changed their names in 2018 (but as far as I understand, they are the same funds).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ann M. Nevins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544